AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>SADIQ SAEED,<br><br>Defendant | Case No.  2:22-mj-01378-duty |

LODGED
CLERK, U.S. DISTRICT COURT
4/5/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____jb_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
4/5/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____em_____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 13, 2022, in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1361 | Depredation Against Federal Property |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

   */s/ Thomas J. Smith*
   Complainant's signature

   Thomas J. Smith, FPS Special Agent
   *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  _____

   *Patricia Donahue*
   Judge's signature

City and state:  Los Angeles, California      Hon. Patricia Donohue, U.S. Magistrate Judge
   *Printed name and title*

AUSA: Julia Hu (x3802)

## **AFFIDAVIT**

I, Thomas J. Smith, being duly sworn, declare and state as follows:

### I. **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant against SADIQ SAEED ("SAEED") for a violation of Title 18, United States Code, Section 1361, Depredation of Federal Property.

2. This affidavit is also made in support of an application for a warrant to search Unit No. 816 at Storquest Self Storage, 2531 Sawtelle Boulevard, Los Angeles, California 90064 (the "SUBJECT PREMISES"), as described more fully in Attachment A-1.

3. This affidavit is also made in support of an application for a warrant to search a 2022 gray Honda Civic, bearing California license plate number 8YSP658 and Vehicle Identification Number 2HGFE2F54NH538330 (the "SUBJECT VEHICLE") as described more fully in Attachment A-2.

4. This affidavit is also made in support of an application for a warrant to search a black Google Cellular Telephone, Model Pixel 6 Pro, in a gray case with a Google symbol on the back (the "SUBJECT DEVICE"), as described more fully in Attachment A-3.

5. The requested search warrants seek authorization to seize evidence, fruits, or instrumentalities of violations of Title 18, United States Code, Section 1361 (Depredation of Federal Property) and Title 18, United States Code, Section 371

(Conspiracy) (the "Subject Offenses"), as described more fully in Attachment B. Attachments A-1, A-2, A-3, and B are incorporated herein by reference.

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint, arrest warrant, and search warrants, and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. **BACKGROUND OF AFFIANT**

7. I am a Special Agent with the Department of Homeland Security ("DHS"), Federal Protective Service ("FPS"). I have been an FPS Special Agent for the past three years and am currently assigned as a member of the Joint-Terrorism Task Force with the Federal Bureau of Investigation ("FBI"). In addition to participating in FBI counter-terrorism investigations, I am the case agent and co-case agent to numerous Federal Protective Service investigations.

8. Prior to becoming a Special Agent, I was assigned as a Uniformed Inspector for the FPS for four years. As a Uniformed Inspector, I performed security duties for federal facilities in Washington, D.C., and Albuquerque, New Mexico.

2

9. In 2008, I received over 440 hours of training in investigations at the Federal Law Enforcement Training Center in Glynco, Georgia. I have also received over 168 hours of Threat Assessment and Management and Physical Security Training. As a federal law enforcement officer, I have investigated over 100 cases involving criminal threats.

### III. SUMMARY OF PROBABLE CAUSE

10. On March 13, 2022, SAEED went to the Westwood Federal Building located at 11000 Wilshire Blvd, Los Angeles, CA, in the SUBJECT VEHICLE. Using a spray paint cannister, SAEED vandalized 26 different locations on the campus with swastikas, a depiction of an hourglass, and the words "Die Already."

11. On March 16, 2022, SAEED was stopped by law enforcement at the University of Southern California with a paintball gun, which he put in the trunk of the SUBJECT VEHICLE. SAEED was prohibited from being on USC's campus because of a prior arrest in June 2018 for assault with a deadly weapon for shooting a paintball gun indiscriminately on campus, injuring at least one student.

12. Additionally, SAEED put up an anti-Semitic sign at the Israeli Consulate on March 17, 2022, after which he drove away in the SUBJECT VEHICLE.

13. On March 17, 2022, SAEED returned to the Wilshire Federal Building and used a paintball gun to paint a large swastika on the west side of the building before departing the area in the SUBJECT VEHICLE. The next day, SAEED again returned

to the Wilshire Federal Building but was chased away by security officers.

14. On April 4, 2022, SAEED went to the Wilshire Federal Building in the SUBJECT VEHICLE to apply for a passport in order to go to Pakistan. He was arrested for depredation of federal property. During a search incident to arrest, SAEED had the SUBJECT DEVICE on his person. During a post-arrest Mirandized interview, SAEED admitted to committing the vandalism acts described above and told agents that his paintball gun was stored at the SUBJECT PREMISES.

## IV. STATEMENT OF PROBABLE CAUSE

15. Based on my review of law enforcement reports, conversations with other law enforcement agents, interviews with victims and witnesses, and my own knowledge of the investigation, I am aware of the following:

**A. SAEED Vandalizes the Wilshire Federal Building on March 13, 2022**

16. Based on my review of video surveillance footage and law enforcement reports, I know the following.

17. On or about March 13, 2022, at approximately 4:15 a.m., SAEED pulled into to the parking lot of the Federal Building located at 11000 Wilshire Boulevard, Los Angeles, California (the "Wilshire Federal Building") in the SUBJECT VEHICLE. SAEED circled the various lots of the Wilshire Federal Building before parking in a parking space.

18. Based on a search of records from the California Department of Motor Vehicles, I learned that the SUBJECT VEHICLE

4

is registered to SAEED at 11209 National Boulevard, Unit 17, Los Angeles, California, 90064.

19. SAEED got out of the SUBJECT VEHICLE wearing a dark-colored beanie and facemask. SAEED walked around the campus of the Wilshire Federal Building and used a spray paint cannister to spray graffiti around the facility in green and black paint:

    a. SAEED sprayed at least 20 swastika symbols throughout the facility.

    b. SAEED also spray painted the message, "GO," on a stop sign, and the message, "Die Already" along with a depiction of an hourglass on courtyard pillars.

20. In total, SAEED defaced approximately 26 locations of the Wilshire Federal Building campus, including various walls, windows, one camera, and two entry sensors.

21. At approximately 4:55 a.m. on March 13, 2022, SAEED left the parking lot of the Wilshire Federal Building in the SUBJECT VEHICLE.

    **B.    SAEED Brings a Loaded Paintball Gun to USC's Campus on March 16, 2022**

22. Based my review of law enforcement reports, photographs taken at the scene, and criminal database checks, I know the following.

23. On or about March 16, 2022, SAEED went to the University of Southern California ("USC") main campus with a paintball gun.

24. After receiving reports of a man walking around campus with a gun, USC Police found SAEED sitting on a planter near the

intersection of Trousdale Parkway and Jefferson Boulevard with a paintball gun on the ground between his feet. The paintball gun was a tan and black Cronus gun, with a silver CO2 canister and a black Hopper, and was loaded with paintballs.

25. When asked why he was carrying a paintball gun around campus, SAEED responded, "You guys don't remember me? I'm the one that shot up the campus a while ago."

26. Based on law enforcement database check results, I believe that SAEED was referring to his previous arrest for assault with a deadly weapon. Law enforcement databases show that SAEED had previously been arrested in June 2018 for assault with a deadly weapon, in connection with an incident in which SAEED used a paintball gun to shoot indiscriminately on USC's campus, causing injury to at least one student. Based on that incident, SAEED has a "stay away" letter on file with USC that was set to expire on April 2, 2022.

27. After officers admonished SAEED to stay away from the USC campus and to take his weapon home, they escorted SAEED to the SUBJECT VEHICLE, which was parked on the northeast corner of Jefferson Boulevard and Hoover Street. The paintball gun was secured in the trunk of the SUBJECT VEHICLE.

C. **SAEED Puts Up a Sign at the Israeli Consulate**

28. Based on my review of law enforcement reports and photographs taken at the scene, I know the following.

29. On or about March 17, 2022, a man later identified as SAEED was observed by a security officer putting up a sign on a utility box located a public sidewalk directly in front of the

6

Consulate General of Israel, 11766 Wilshire Boulevard, Los Angeles, California. After putting up the sign, SAEED looked toward the security officer's co-worker and lifted his middle finger toward him.

30. The sign that SAEED put up was white and held in place with red adhesive tape. Written in green marker on the sign was the message, "Kill Jews, No Discipline, Catch-22 Sorcery, + Overly inflated self-esteem."

31. SAEED left the Israeli Consulate in the SUBJECT VEHICLE.

   **D.  SAEED Vandalizes the Wilshire Federal Building Again on March 17, 2022**

32. Based my review of law enforcement reports and written statements by security officers, I know the following.

33. On or about March 17, 2022, at approximately 4:14 a.m., SAEED returned to the Wilshire Federal Building.

34. SAEED was observed using a paintball gun to deface an area spanning approximately 20 feet by 20 feet with a Swastika on the west side of the building.

35. SAEED was chased off campus by security officers and returned to the SUBJECT VEHICLE parked behind the West Annex of the Federal Building.

36. Later that same day, at approximately 9:38 PM, SAEED was observed by security officers driving the SUBJECT VEHICLE through a parking lot of the Wilshire Federal Building. SAEED was then observed walking toward the same area of where he had put up the large swastika earlier that day. When officers

attempted to make contact with SAEED, he ran to the SUBJECT VEHICLE and drove off.

### E. The Cost to Repair the Damage to the Wilshire Federal Building is Approximately $15,000

37. Based on my review of an invoice for cleaning and a quote for painting, the total cost to repair the Wilshire Federal Building following SAEED's defacement of it on March 13 and March 17, 2022, including cleaning up and painting over the graffiti, is at least approximately $14,981.34.

### F. SAEED is Arrested at the Wilshire Federal Building on April 4, 2022

38. On or about April 4, 2022, SAEED again went to the Wilshire Federal Building in the SUBJECT VEHICLE. After security officers recognized SAEED based on an alert provided to them, FPS was notified. SAEED was arrested for depredation of federal property. When he was arrested, SAEED had the SUBJECT DEVICE on his person.

39. SAEED was transported to 300 North Los Angeles Street, Los Angeles, California. After being read his Miranda rights, SAEED waived them and agreed to speak to agents.

40. SAEED admitted to defacing the Wilshire Federal Building on March 13 and March 17, 2022, and to returning there on March 18, 2022:

    a. SAEED stated that he painted Hindu swastikas and an hourglass on the Wilshire Federal Building on March 13, 2022.

    b. SAEED confirmed that the man in a still frame photograph from the March 13 vandalism incident was him.

8

   c. SAEED admitted that he returned to the Wilshire Federal Building a few nights later and vandalized the facility with a paintball gun.

   d. SAEED admitted that he came back on another night in order to commit additional acts of vandalism, but he was chased off by a security guard.

  41. According to SAEED, his conduct stems from his frustration with having trouble finding a place to stay.  When SAEED has previously asked local law enforcement to explain why he was having difficulties obtaining a place to live, they have directed him to speak with the federal government.  When SAEED contacted the federal government for help, he was told they cannot help.  Therefore, SAEED stated he thought his vandalism would be a good, "Fuck you," to the government for the lack of help provided.

  42. According to SAEED, he had no intention of violence towards any of the federal employees or causing any other serious damage to the facility.

  43. SAEED also admitted to going to USC on March 16, 2022, with a paintball gun.  According to SAEED, he did so in order to "get people talking," but did not have any intention of shooting at anything.  When asked about his arrest for shooting up the campus with a paintball gun in 2018, SAEED stated that he did so because he was not getting the help from the school that he needed when he was a student there.

  44. SAEED told officers that the paintball gun is located at the SUBJECT PREMISES.

45. SAEED also admitted to placing a sign at the Israeli Consulate in Westwood stated on March 17, 2022. The sign stated, "Kill Jews, No Discipline, Catch-22 Sorcery, + Overly inflated self-esteem." SAEED said that he was angry that his previous signs were taken down. SAEED did not recall what the previous signs stated.

46. SAEED stated the reason for his visit to the Wilshire Federal Building on April 4, 2022, was to obtain a passport in order to go to Pakistan. According to SAEED, he feels the people in Pakistan are kinder and would understand his state of mind.

47. SAEED stated that he is currently living out of the SUBJECT VEHICLE and generally stays in grocery store parking lots.

48. According to SAEED, he does not think he took any videos or pictures of the vandalism at the Wilshire Federal Building and did not live stream to any social media platform.

## V. **TRAINING AND EXPERIENCE ON DIGITAL DEVICES**[1]

49. Based on my training, experience, and information from those involved in the forensic examination of digital devices, I

---

[1] As used herein, the term "digital device" includes the SUBJECT DEVICE and any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as paging devices, mobile telephones, and smart phones; digital cameras; gaming consoles; peripheral input/output devices, such as keyboards, printers, scanners, monitors, and drives; related communications devices, such as modems, routers, cables, and connections; storage media; and security devices.

know that the following electronic evidence, inter alia, is often retrievable from digital devices:

      a.  Forensic methods may uncover electronic files or remnants of such files months or even years after the files have been downloaded, deleted, or viewed via the Internet. Normally, when a person deletes a file on a computer, the data contained in the file does not disappear; rather, the data remain on the hard drive until overwritten by new data, which may only occur after a long period of time. Similarly, files viewed on the Internet are often automatically downloaded into a temporary directory or cache that are only overwritten as they are replaced with more recently downloaded or viewed content and may also be recoverable months or years later.

      b.  Digital devices often contain electronic evidence related to a crime, the device's user, or the existence of evidence in other locations, such as, how the device has been used, what it has been used for, who has used it, and who has been responsible for creating or maintaining records, documents, programs, applications, and materials on the device. That evidence is often stored in logs and other artifacts that are not kept in places where the user stores files, and in places where the user may be unaware of them. For example, recoverable data can include evidence of deleted or edited files; recently used tasks and processes; online nicknames and passwords in the form of configuration data stored by browser, e-mail, and chat programs; attachment of other devices; times the device was in use; and file creation dates and sequence.

c. The absence of data on a digital device may be evidence of how the device was used, what it was used for, and who used it. For example, showing the absence of certain software on a device may be necessary to rebut a claim that the device was being controlled remotely by such software.

d. Digital device users can also attempt to conceal data by using encryption, steganography, or by using misleading filenames and extensions. Digital devices may also contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed. Law enforcement continuously develops and acquires new methods of decryption, even for devices or data that cannot currently be decrypted.

50. Based on my training, experience, and information from those involved in the forensic examination of digital devices, I know that it can take a substantial period of time to search a digital device for many reasons, including the following:

a. Digital data are particularly vulnerable to inadvertent or intentional modification or destruction. Thus, often a controlled environment with specially trained personnel may be necessary to maintain the integrity of and to conduct a complete and accurate analysis of data on digital devices, which may take substantial time, particularly as to the categories of electronic evidence referenced above.

b. Digital devices capable of storing multiple gigabytes are now commonplace. As an example of the amount of data this equates to, one gigabyte can store close to 19,000

average file size (300kb) Word documents, or 614 photos with an average size of 1.5MB.

  51. The search warrant requests authorization to use the biometric unlock features of a device, based on the following, which I know from my training, experience, and review of publicly available materials:

    a. Users may enable a biometric unlock function on some digital devices.  To use this function, a user generally displays a physical feature, such as a fingerprint, face, or eye, and the device will automatically unlock if that physical feature matches one the user has stored on the device.  To unlock a device enabled with a fingerprint unlock function, a user places one or more of the user's fingers on a device's fingerprint scanner for approximately one second.  To unlock a device enabled with a facial, retina, or iris recognition function, the user holds the device in front of the user's face with the user's eyes open for approximately one second.

    b. In some circumstances, a biometric unlock function will not unlock a device even if enabled, such as when a device has been restarted or inactive, has not been unlocked for a certain period of time (often 48 hours or less), or after a certain number of unsuccessful unlock attempts.  Thus, the opportunity to use a biometric unlock function even on an enabled device may exist for only a short time.  I do not know the passcodes of the devices likely to be found in the search.

    c. The person who is in possession of a device or has the device among his or her belongings is likely a user of

13

the device. Thus, the warrant I am applying for would permit law enforcement personnel to, with respect to any device that appears to have a biometric sensor and falls within the scope of the warrant: (1) depress SAEED's thumb- and/or fingers on the device(s); and (2) hold the device(s) in front of SAEED's face with his or her eyes open to activate the facial-, iris-, and/or retina-recognition feature.

52. Other than what has been described herein, to my knowledge, the United States has not attempted to obtain this data by other means.

## VI. CONCLUSION

53. For all of the reasons described above, there is probable cause to believe that SAEED has committed a violation of Title 18, United States Code, Section 1361 (Depredation of Federal Property). There is also probable cause that the items to be seized described in Attachment B will be found in a search of the SUBJECT PREMISES described in Attachment A-1, the SUBJECT VEHICLE described in Attachment A-2, and the SUBJECT DEVICE described in Attachment A-3.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __5th__ day of
April, 2022

*Patricia Donahue*
_____
HONORABLE PATRICIA DONOHUE
UNITED STATES MAGISTRATE JUDGE